IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-cv-00104-M

| | |
|---|---|
| STANLEY LORENZO WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE STATE OF NORTH CAROLINA, *et al.*, | ) |
| Defendants. | ) |

This matter comes before the court on the memorandum and recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr. [DE 6] with respect to the initial screening of the Complaint pursuant to 28 U.S.C. § 1915. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Magistrate Judge Jones recommends that this court dismiss the Complaint as frivolous. Plaintiff timely filed an objection to the M&R as to "its entirety" [DE 8].

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). "However, the district court need not conduct de novo review when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." *Norris v. South Carolina*, 18 F. App'x 171, 172 (4th Cir. 2001) (unpublished) (citing *Orpiano v. Johnson*, 687 F.2d 44, 47–48 (4th Cir.1982)). Absent a specific and timely objection, the court reviews only for "clear error" and

need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Even under the standards of liberal construction afforded to pro se filings, Plaintiff's objection does not identify any specific error in the M&R. Rather, Plaintiff objects to the M&R "in its entirety." DE 8 at 1. Plaintiff explains that the M&R has "fail[ed] to comply with the guidelines" and that he never would have consented to "Bad Law." *Id.* at 1–2. Plaintiff does not include any argument about the M&R's findings. De novo review, therefore, is unnecessary.

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the Complaint is DISMISSED [DE 7]. The Clerk of Court is directed to close this case.

SO ORDERED this 22d day of November, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE